STATE OF CONNECTICUT *v.* RALPH LOMBARDI
(6023)

BORDEN, DALY and O'CONNELL, Js.
Argued October 11—decision released October 26, 1988

*Ralph Lombardi,* pro se, the appellant (defendant).

*Mitchell Brody,* deputy assistant state's attorney, with whom, on the brief, was *Seymour Rothenberg,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.

ROGER C. EMERICK *v.* WALTER A. BORDEN ET AL.
(6295)

SPALLONE, NORCOTT and FOTI, Js.
Argued October 5—decision released October 26, 1988

*Roger C. Emerick,* pro se, the appellant (plaintiff).
*Gerald R. Swirsky,* for the appellees (defendants).

PER CURIAM. There is no error.